# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-3485

_____

General Security Services Corporation,     *
                                           *
                                           *
            Petitioner,                    *
                                           *  On Appeal From the
      v.                                   *  National Labor Relations Board.
                                           *
National Labor Relations Board,            *          [UNPUBLISHED]
                                           *
            Respondent.                    *


_____

No. 98-3924

_____

General Security Services Corporation,     *
                                           *
            Respondent,                    *
                                           *
      v.                                   *
                                           *
National Labor Relations Board,            *
                                           *
            Petitioner.                    *

_____

Submitted:  June 17, 1999
Filed:  July 28, 1999

_____

Before BOWMAN and HEANEY, Circuit Judges, and LONGSTAFF,[1] District Judge.
_____

PER CURIAM.

General Security Services Corporation (GSSC) petitions for review of an order of the National Labor Relations Board finding that GSSC violated Section 8(a)(3) and (1) of the National Labor Relations Act by demoting, transferring, suspending, and terminating employee Alfred Cracolici on account of his union activity. The Board cross-applies for enforcement of its order, which, among other things, requires GSSC to cease and desist from engaging in the unfair labor practices found, directs GSSC to offer reinstatement to Cracolici, and orders the posting of a remedial notice.

Having reviewed the record and having considered the arguments of the parties, we conclude that substantial evidence in the record as a whole supports the Board's findings. No error of law appears, and there is nothing to be gained by rehashing the facts of this fact-intensive case. Accordingly, without further discussion, the petition for review is denied and the Board's cross-application for enforcement of its order is granted. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable R. E. Longstaff, United States District Judge for the Southern District of Iowa, sitting by designation.